O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DANIEL OCHOA,
Plaintiff,
v.
CITY OF LOS ANGELES, et al.,
Defendants.

Case No. 2:26-cv-03336-DOC-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 34). No objections to the R&R were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the First Amended Complaint without prejudice but without leave to amend.

IT IS FURTHER ORDERED that the following motions are DENIED AS MOOT:

(a) Plaintiff's Motion for Expedited Discovery; Jurisdictional Elevation to District Judge; Verification of Daniel Ochoa (Dkt. 19);

(b) Request to Proceed In Forma Pauperis with Declaration in Support (Dkt. 20); and

(c) Ex Parte Application for Order Directed United States Marshal to Effect Service of Process Pursuant to Fed. R. Civ. P. 4(c)(3) and 28 U.S.C. § 1915(d); Declaration of Daniel Ochoa (Dkt. 21).

DATED: August 25, 2026

David O. Carter

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE