JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL OCHOA,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, et al.,<br>Defendants. | Case No. 2:26-cv-03336-DOC-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the First Amended Complaint and this entire action are dismissed without prejudice but without leave to amend.

DATED: August 25, 2026

David O. Carter

Hon. David O. Carter
UNITED STATES DISTRICT JUDGE